# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>G. S. WILCOX & CO. and JOHN DOES 1-10,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 3:16-cv-00349<br>)<br>)   **CLASS ACTION**<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff in this action, Gorss Motels Inc., by and through its undersigned counsel, hereby dismisses this action with prejudice as to Gorss Motels, Inc. only, without prejudice as to the members of the putative class.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/ Aytan Y. Bellin
　　　　　　　　　　　　　　　　　　Aytan Y. Bellin ct28454
　　　　　　　　　　　　　　　　　　**BELLIN & ASSOCIATES LLC**
　　　　　　　　　　　　　　　　　　85 Miles Avenue
　　　　　　　　　　　　　　　　　　White Plaines, NY  10606
　　　　　　　　　　　　　　　　　　Phone: 914-358-5345
　　　　　　　　　　　　　　　　　　Fax: 212-571-0284
　　　　　　　　　　　　　　　　　　Aytan.Bellin@bellinlaw.com

　　　　　　　　　　　　　　　　　　And:

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847-368-1500
Facsimile:  847-368-1501
bwanca@andersonwanca.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

    I hereby certify that on September 6, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                  s/ Aytan Y. Bellin